FILED
2009 AUG 13 PM 3:28
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDUARDO DAHILIG,<br><br>    Petitioner,<br><br>v.<br><br>JANET NAPOLITANO, Secretary of Department of Homeland Security, et al.,<br><br>    Respondents. | Case No. 09cv0632-BEN (AJB)<br><br>ORDER GRANTING **EX PARTE** MOTION TO HOLD PROCEEDINGS IN ABEYANCE AND ORDER REQUIRING SUBMISSION OF STATUS REPORT |

Having considered the Government's **EX PARTE** MOTION TO HOLD PROCEEDINGS IN ABEYANCE in this 28 U.S.C. § 2241 habeas action and for good cause shown, **IT IS HEREBY ORDERED** that the *ex parte* request is **GRANTED**. **IT IS FURTHER ORDERED** that proceedings are held in abeyance and that the Government shall file a status report by **September 14, 2009**.

IT IS SO ORDERED.

DATED: 8/13/09

Hon. Roger T. Benitez
United States District Judge