# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

Eduardo Dahilig

V.

Janet Napolitano, Eric Holder, Robin Baker, Robert Rillamas

**JUDGMENT IN A CIVIL CASE**

**CASE NUMBER:** 09cv632-BEN-AJB

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that the Petition for Writ of Habeas Corpus is denied Under 28 USC 2241.

| August 30, 2010 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |

s/ K. Hammerly
(By) Deputy Clerk

ENTERED ON August 30, 2010

09cv632-BEN-AJB